IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY LEE KEMBERLING, | : | Civil No. 3:20-cv-1760 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| MARK CAPOZZA, *et al.*, | : | |
| Respondents | : | |

### ORDER

**AND NOW,** this 9th day of June, 2021, upon consideration of Petitioner's motions (Docs. 6, 13, 14, 17) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motions (Docs. 6, 13, 14, 17) are **DENIED** without prejudice.

Robert D. Mariani
United States District Judge